Jordan Venable T548371
Name and Prisoner/Booking Number

4th Ave
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

AUG 3 0 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jordan Venable                    ,
(Full Name of Plaintiff)

            Plaintiff,

v.

(1) City of Phoenix               ,
(Full Name of Defendant)

(2) Paramedics Phoenix            ,

(3)_____        ,

(4)_____        ,

            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __CV-19-05074-PHX-JJT--DMF__

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2.   Institution/city where violation occurred: Phoenix Az _____.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _City of Phoenix_ . The first Defendant is employed
as: _Paramedic_ at _Phoenix AZ_ .
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _Phoenix , Paramedics_ The second Defendant is employed as:
as: _Paramedic_ at _Phoenix AZ_ .
    (Position and Title)                                    (Institution)

3.  Name of third Defendant:_____ . The third Defendant is employed
as: _____ at _____ .
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant:_____ . The fourth Defendant is employed
as: _____ at _____ .
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2.  If yes, how many lawsuits have you filed? _4_ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Fire Police_ v. _Jordan Venable_
        2.  Court and case number: _[illegible]_ _IDK_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

    b.  Second prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _Amendment V._

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☑ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☑ Other: _killed me_

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_The 5th Amendment Says I should not be_
_life liberty or property. On or around may 2017_
_the Phoenix paramedic injected 400mgs of horse_
_Tranquilizer into my heart and I died. They_
_brong me back to life at the hospital_
_and I was in a coma for 4 days._

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_I died. mentally and physically_

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes   ☑ No
   b.   Did you submit a request for administrative relief on Count I?          ☐ Yes   ☑ No
   c.   Did you appeal your request for relief on Count I to the highest level?          ☐ Yes   ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _nope_

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other:_____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what
**each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without
citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                          ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count II?             ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?    ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
   _____.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   - ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count ). Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in    own words without citing legal authority or arguments.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

_20,000,000.00_

_____

_____

_____

_____

_____

_____


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____7-20-19_____               _____JV_____
               DATE                        SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney=s address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____**8/28/2019**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____     _____
Legal Support Specialist Signature              S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009